AUSA: Susan Fairchild Telephone: (313) 226-9577

AO 91 (Rev. 11/11) Criminal Complaint Officer: Michael Cook Telephone: (313) 393-3793

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Lesman Roney MALDONADO-ZUNIGA

Case No. Case: 2:26−mj−30494
Assigned To : Unassigned
Assign. Date : 8/19/2026
Description: RE: LESMAN RONEY MALDONADO−ZUNIGA (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 16, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Michael Cook, DHS USBP
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: August 18, 2026

City and state: Detroit, MI

Honorable David R. Grand, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Michael D. Cook, being duly deposed and sworn states:

1. I am an Admissibility Enforcement Officer with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP). I have been employed with DHS for over seventeen years. I started with the United States Border Patrol (USBP) in 2009 until 2016. In 2016, I transferred to Customs and Border Protection. I have been involved in various investigations and arrests concerning the re-entry of removed aliens in both CBP and USBP. I have received training in this area.

2. The information set forth below is for the limited purpose of establishing probable cause that defendant, Lesman Roney MALDONADO-ZUNIGA, violated Title 8, United States Code, Section 1326(a). Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. MALDONADO-ZUNIGA, is a 29-year-old male citizen of Honduras, who last entered the United States at or near an unknown place, on or about unknown date, without being admitted, inspected, or paroled into the United States by an immigration officer.

4. On or about August 21, 2018, MALDONADO-ZUNIGA was arrested by the United States Border Patrol (USBP) near Carrizo Springs, Texas. MALDONADO-ZUNIGA was not at the time inspected or admitted by an Immigration Officer at a Port of Entry as designated by the Secretary of Homeland Security. MALDONADO-ZUNIGA was processed for an Expedited Removal Pursuant to Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (INA), as amended. MALDONADO-ZUNIGA was charged with a violation of Title 8, United States Code §1325(a)(1)-Illegal Entry.

5. On or about August 24, 2018, MALDONADO-ZUNIGA pleaded guilty in the United States District Court, Western District of Texas, to a violation of

Title 8, United States Code §1325(a)(1) and was sentenced to six days' confinement with credit for time served.

6. On or about September 07, 2018, MALDONADO-ZUNIGA was removed from the United States to Honduras through San Antonio, Texas.

7. On or about April 30, 2019, MALDONADO-ZUNIGA was arrested by USBP near Traverse City, Michigan. MALDONADO-ZUNIGA had unlawfully entered the United States from Mexico at or near an unknown place, on or about unknown date, without being admitted, inspected, or paroled into the United States by an immigration officer. USBP served MALDONADO-ZUNIGA with a Reinstatement of Prior Order of Removal as per section 241(a)(5) of the Immigration and Nationality Act.

8. On or about May 16, 2019, MALDONADO-ZUNIGA was removed from the United States to Honduras, through Alexandra, Louisiana.

9. On August 16, 2026, at approximately 6:00 p.m., MALDONADO-ZUNIGA, was encountered by CBP at the Detroit Ambassador Bridge in Detroit, Michigan, when he and his girlfriend made a wrong turn, getting on the ramp that leads to the international border crossing to Canada. While the primary CBP Officer conducted his inspection, the officer asked MALDONADO-ZUNIGA for his documents. MALDONADO-ZUNIGA'S girlfriend presented her Honduran passport. The CBP officer asked MALDONADO-ZUNIGA a second time if he had any documents. MALDONADO-ZUNIGA then opened the passenger door and exited the vehicle, fleeing from the primary lane and away from the CBP officers.

10. CBP Officers chased MALDONADO-ZUNIGA and eventually located him hiding behind a trailer near the toll gates of the Port of Entry. The CBP officers apprehended him, placed him in mechanical restraints and escorted him back to the building. MALDONADO-ZUNIGA was not in possession of any immigration documents to establish legal status in the United States.

11. In the secondary inspection area, MALDONADO-ZUNIGA's fingerprints were queried through the Automated Fingerprint Identification System

(IDENT) and the Integrated Automated Identification System (IAFIS) which resulted in matches to Fingerprint Identification Number (FIN) XXXXXX9506 and FBI number XXXXXXPA5, which correspond to the Immigration records noted below.

12. I queried MALDONADO-ZUNIGA through the Enforce Alien Removal Module (EARM), an immigration database maintained by DHS which contains information about aliens who are removed from the United Stats and found him to be a match to Alien File XXX XXX 916, with the immigration history noted below.

13. I queried MALDONADO-ZUNIGA through the Central Index System (CIS) and Computer Linked Application and Information Management System (CLAIMS). These databases are maintained by DHS to contain information relating to applications for immigration benefits and/or relief. Review of records for MALDONADO-ZUNIGA and queries in Department of Homeland Security data bases confirm that no record exists of him obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

14. I queried MALDONADO-ZUNIGA through the Consular Consolidated Database (CCD), a database maintained by the Department of State which contains passport and visa applications and records. I found no record of MALDONADO-ZUNIGA having applied for or receiving a United States visa of any kind of classification.

15. I queried MALDONADO-ZUNIGA through TECS, a United States Government database that contains information about all person who arrive in the United States at a designated port of entry and apply for admission. I found no record of MALDONADO-ZUNIGA ever lawfully arriving or being inspected, admitted, or patrolled into the United States by a United States border official.

16. MALDONADO-ZUNIGA was arrested and detained by CBP on August 16, 2026, for administrative processing and reinstatement of his prior removal order.

17. MALDONADO-ZUNIGA was advised of his Miranda rights verbally and in writing with the assistance of a Spanish-speaking officer translating from English to Spanish and from Spanish back to English. MALDONADO-ZUNIGA acknowledged his rights and waived his rights and provided a statement. In the statement MALDONADO-ZUNIGA admitted to being a citizen of Honduras and that after he was removed on or about May 16, 2019, he re-entered the United States without permission or consent of the Attorney General or the Secretary of the Department of Homeland Security.

18. The aforementioned arrest, or apprehension and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

19. Based on the foregoing, there is probable cause to believe that, on or about August 16, 2026, at or near Detroit, Michigan, in the Eastern District of Michigan, Southern Division, Lesman Roney MALDONADO-ZUNIGA, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about May 16, 2019, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Homeland Security to re-apply for admission thereto: in violation of Title 8, United States Code, Section 1326(a).

Michael Cook, Admissibility Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Honorable David R. Grand
United States Magistrate Judge

August 18, 2026